UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

\*E-FILED - 10/18/06\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHON PETERMAN,<br>    a/k/a skrote,<br>    a/k/a push0r,<br><br>    Defendant. | No. 06-00246-RMW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING |

It is hereby stipulated and agreed between defendant Shon Peterman, by and through his counsel of record, Dan Monnat, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1. This matter is presently set for a sentencing hearing on October 23, 2006 at 2:00 p.m.

    2. The parties agree that further time is needed to address sentencing issues.

    3. For the foregoing reason, and that the ends of justice are served by continuing this case, due to existing conflicts with other cases, the parties stipulate and request to a continuance of the sentencing hearing from October 23, 2006 at 2:00 p.m. to December 11, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: October 10, 2006

KEVIN V. RYAN
United States Attorney


　 /s/
MARK L. KROTOSKI
Assistant United States Attorney
Dated: October 10, 2006


　 /s/
DAN MONNAT
Attorney for defendant Peterman


　　　　IT IS SO ORDERED.

　　　　Upon good cause shown, the sentencing hearing is continued from October 23, 2006 at 2:00 p.m. to December 11, 2006 at 9:00 a.m.

Dated: October 18, 2006


 /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute To:

J.D. Woods
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113

Mark Krotoski, Esq.
Office of the United States Attorney
Chief, Criminal Division
150 Almaden Boulevard, Suite 900
San Jose, California   95113

Daniel E. Monnat, Esq.
Monnat & Spurrier, Chartered
512 Petroleum Building
221 South Broadway
Wichita, KS 67202

STIPULATION TO CONTINUE SENTENCING [Defendant Shon Peterman]
CR 06-00246-RMW                         2